UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ZABEN ABRAHAM,**

      **Plaintiff,**

v.     Case No. 6:23-cv-409-CEM-EJK

**RECEIVABLES MANAGEMENT PARTNERS, LLC,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Notice of Voluntary Dismissal With Prejudice (Doc. 14). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 14, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record